

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00130-CV

| | | |
|---|---|---|
| Emmit Brager | § | From the 89th District Court |
| v. | § | of Wichita County (177,624-C) |
| | § | February 13, 2014 |
| Lisa James, James Anders, Terry L. Smith, Mary Alford, Charles J. Vondra, Eric Johnston | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Lee Gabriel_____
      Justice Lee Gabriel